FILED_____ RECEIVED_____

Christopher James Sullivan #0089899
*(full name/prisoner number)*
IMSI C-1-11-A ISCC seg cell #14
PO Box ST 70010
Boise ID 83707
*(complete mailing address)*

2017 JAN -5  AM 10: 56

US COURTS
BOISE, ID

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

Christopher James Sullivan,
*(full name)*
      Plaintiff,

v.

Face Book, ISCC medical
Warden Blades

      Defendant(s).

*(if you need additional space, use a blank page for a continuation page)*

Case No. 1:17cv00005 - REB
*(to be assigned by Court)*

**PRISONER COMPLAINT**

Jury Trial Requested: **Ⓧ** Yes   **Ⓧ** No
                         yes

## A. JURISDICTION

The United States District Court for the District of Idaho has jurisdiction over my claims under:
*(check all that apply)*:

- [X] 42 U.S.C. § 1983 *(applies to state, county, or city defendants)*
- [ ] *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 *(applies to federal government defendants only)*
- [X] Other federal statute *(specify)* Face Book ; or diversity of citizenship.
- [ ] I also ask the federal court to exercise supplemental jurisdiction over state law claims.

## B. PLAINTIFF

My name is Christopher James Sullivan. I am a citizen of the State of Oregon, and Idaho

presently residing at ~~Idaho Maximum Security Institution~~
Idaho State Correctional Center

**PRISONER COMPLAINT - p. 1**   *(Rev. 10/24/2011)*

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing **Face Book** (defendant), who was acting as **friends and family network** (job title, if a person; function, if an entity)

for the **Boise Idaho and Salem Oregon** (state, county, city, federal government, or private entity performing a public function).

2. *(Factual Basis of Claim)* I am complaining that on **September 9-11** (dates), Defendant did the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:

my face book was Hacked By an unknown Person was a I have never given my info out, I had Personal family info on it and Personal photos of an ex Girlfriend of the intimate nature. Now the Photos have been spread out over town and its causing multiple problems.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:

Illegal Hacking, Slander,

4. I allege that I suffered the following injury or damages as a result:

A Prison has Gotten the Info and has used it to Obtain Personal info on me that can destroy a Persons family.

5. I seek the following relief: That face book Shut Down my Account after ADmin Contacts Sally Younger At 503-409-1897

6. I am suing Defendant in his/her ☒ personal capacity *(money damages from Defendant personally)*, and/or ☒ official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or ☒ Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. ◯ Yes ⊘ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.

## D. PREVIOUS OR PENDING LAWSUITS

I have pursued or am now pursuing the following other lawsuits: *(include (1) all lawsuits in state or federal court related to the subject matter of this action, and (2) any federal court civil rights lawsuits, related or unrelated, and note whether you have received a strike under 28 U.S.C. § 1915(g) for filing a complaint that is frivolous, malicious, or fails to state a claim upon which relief can be granted.)*

| Court | Case No. | Case Name | Status of Case | Strike? |
|---|---|---|---|---|
|  |  | None |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

## E. REQUEST FOR APPOINTMENT OF ATTORNEY

I do ⊗  do not ○   request that an attorney be appointed to represent me in this matter. I believe that I am in need of an attorney for these particular reasons which make it difficult for me to pursue this matter without an attorney:

I am indigent.

## F. DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury:

that I am the plaintiff in this action, that I have read the complaint, and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621; and

that I deposited this complaint postage prepaid in a United States postal depository unit on 11-17-2016 *(date)*; OR that I gave the complaint to prison officials for mailing and filing with the Clerk of Court under the indigent inmate policy on 11-17-2016 *(date)*; OR *(specify other method)*

Executed at  East ISCC  on  11-16-2016 .
        *(Location)*              *(Date)*

_____
Plaintiff's Original Signature

Note: Fill in the page numbers. Keep one copy of the complaint for yourself (or you may send a copy to the Clerk of Court with your original complaint so that the Clerk can stamp the date and case number on the copy and return it to you), but do not send extra copies of the complaint to the Court for Defendants or otherwise. Do not attach *original* exhibits to your complaint, such as your only grievance copy. Do not attach more than 25 pages of exhibits. If you have more exhibits, wait until the Court determines you can proceed and then seek leave to file them for an appropriate purpose. After your complaint has been filed, it must be reviewed by a federal judge to determine whether you can proceed.

PRISONER COMPLAINT - p. 3_                                      (Rev. 10/24/2011)